Sigrid Johnson, Appellee, v. Guy A. Richardson, Receiver, et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 41,433.

opinion filed April 14, 1941. Frank L. Kriete, Charles C. Cunningham and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel; V. Russell Donaghy, for appellee; David A. Schallman and Joseph P. Power, of counsel. Opinion by Justice McSurely. "Not to be published in full."